SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 SEP 20 PM 3: 52

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | 8:11CR-334 |
| vs. | INDICTMENT |
| VICTOR SMITH, | [18 U.S.C. § 1153, 2244 (b), 2247(a)] |
| Defendant. | |

The Grand Jury Charges:

## COUNT I

On or about the 4th day of July, 2011, in the District of Nebraska within the confines of the Winnebago Indian Reservation, the defendant, VICTOR SMITH, an Indian, did knowingly engage in and cause sexual contact with another person, S.W., an Indian female who was more than sixteen years of age, by intentionally touching the breasts of S.W. without her consent and with the intent to arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153 and 2244(b) and subject to sentencing under Section 2247(a).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America request that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
DOUGLAS R. SEMISCH
Assistant U.S. Attorney